UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>V. )<br>)<br>JEFFERY SPARKS, (26) )<br>       Defendant. ) | CRIM. NO. A-21-CR-0448(LY) |

**DEFENDANT'S WAIVER OF DETENTION HEARING**

Defendant, after further investigation, wishes at this time to waive his right to Detention Hearing, subject to his right bring a motion concerning detention at a later date.

_____
Defendant

_____8/6/21_____
Date

_____
Attorney for Defendant

1