PROB 12A
(7/93)

**FILED**

December 10, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ ps

DEPUTY

UNITED STATES DISTRICT COURT

for

Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Jeffery Sparks                    Case Number: 1:21-CR-00048-DAE(26)

Name of Sentencing Judicial Officer: Honorable David A. Ezra, United States District Judge

Date of Original Sentence: August 23, 2022

Original Offense: Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(B).

Original Sentence: Sentenced to Seventy-five (75) months custody in the U.S. Bureau of Prisons to run concurrent with any anticipated state term imposed for Williamson County 26th District Court, Docket No. 21-0042-K26; to be followed by a five (5) year term of supervised release. Special conditions include participate in substance abuse treatment, alcohol abstinence, search and seizure and pay a $100 special assessment fee (paid in full).

Type of Supervision: Supervised Release          Date Supervision Commenced: October 29, 2025

Assistant U.S. Attorney: Daniel D. Guess          Defense Attorney: Krista A. Chacona (Appointed)

---

**PREVIOUS COURT ACTION**

None.

**NONCOMPLIANCE SUMMARY**

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Violation of Mandatory Condition No. 3:** "The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

Jeffery Sparks
Report on Offender Under Supervision
Page | 2

**Nature of Non-compliance:** On November 24, 2025, and December 3, 2025, the offender submitted random urine specimens which returned positive for fentanyl. On December 3, 2025, this officer met with the offender at the probation office, where he admitted both verbally and in writing, by signing the admission form, to the use of fentanyl for both positive specimens.

**U.S. Probation Officer Action:** It is respectfully recommended that no action be taken to allow Sparks the opportunity to address his drug use in substance abuse treatment along with increased urinalysis testing.

Accordingly, the Court reserves the right to revisit this violation in the future. In addition, should the offender incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Stephanie Roberts
United States Probation
Officer Date: 12/10/2025

Approved: _____

Bartosz Szatkowski, Supervisory
United States Probation Officer

**THE COURT ORDERS:**

☒ No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable David A. Ezra
Senior United States District Judge

Date: _____12/10/2025_____